# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY MATTHEW CAMPANA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68055

**FILED**

JUN 1 0 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER GRANTING MOTION AND DISMISSING APPEAL*

This is an appeal from a judgment of conviction subject to the provisions of NRAP 3C. On February 17, 2016, we removed attorney Jane Eberhardy as counsel for appellant and remanded this matter to the district court for the limited purpose of appointing new appellate counsel.

Ms. Eberhardy filed a motion for an extension of time to comply with our orders and for reconsideration of the order removing her as counsel. The district court filed a request for a stay pending our decision on the motion, indicting its inclination to reappoint her as counsel.

Having considered Ms. Eberhardy's motion, the district court's request for a stay, and cause appearing, we grant the motion for an extension and reconsideration. We vacate our February 17, 2016, order removing Ms. Eberhardy as counsel and for limited remand.[1]

Ms. Eberhardy has also filed a notice of appellant's request for a voluntary withdrawal of this appeal. Ms. Eberhardy advises this court that she has informed appellant of the legal effects and consequences of

---

[1]We deny as moot the district court's request for a stay.

16-18182

voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[2]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Hon. Steve L. Dobrescu, District Judge
     Jane Eberhardy, Esq.
     Attorney General/Carson City
     White Pine County District Attorney
     White Pine County Clerk
     State Bar of Nevada

-----

[2]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.